IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT SMITHSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:10-cv-008-MEF |
| ) | |
| GOVERNMENT TECHNICAL ) | (WO) |
| SERVICES, L.L.C., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion for Default Judgment Against Santa Fe Protective Services (Doc. # 7), filed on February 11, 2010, it is hereby

ORDERED that the motion is DENIED. The plaintiffs must first apply for entry of default under Federal Rule of Civil Procedure 55(a).

DONE this the 17th day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE